No. 78–5264. COLYER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5272. TAYLOR *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 78–5285. SOLTERO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–5297. WOLFRATH *v.* LaVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–5298. MAYNOR *v.* SUTTONS. C. A. 4th Cir. Certiorari denied.

No. 78–5303. CAMPELLONE *v.* ADULT PROBATION DEPARTMENT OF PIMA COUNTY, ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 78–5314. DUNAGAN *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78–5316. RAY *v.* PROXMIRE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–5318. MITCHELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5322. LINGHAM *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 78–5332. VALDIVIA *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 78–5339. BREEST *v.* HELGEMOE, WARDEN. C. A. 1st Cir. Certiorari denied.